IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PRUDENCIO LAUREANO BRATINI, :
:
    Petitioner :
:
  v. : CIVIL NO. 4:CV-15-488
:
UNITED STATES OF AMERICA, : (Judge Brann)
:
    Respondent :

## **ORDER**

April 3, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's in forma pauperis application (Doc. 4) is **GRANTED** for the sole purpose of the filing of this matter with this Court.

2. The Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Western District of Pennsylvania.

1

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:


  s/   Matthew W. Brann  
Matthew W. Brann
United States District Judge